UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENIER POLANCO ALMONTE, | Case No. 2:23-cv-22642-CCC-CLW |
| Plaintiff, | CIVIL ACTION |
| v. | NOTICE OF APPEARANCE |
| NEW JERSEY TURNPIKE AUTHORITY, GARDEN STATE PARKWAY, ET AL. | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Amy E. Shotmeyer, Esq of DeCotiis, FitzPatrick, Cole & Giblin, LLP, hereby enters appearance as counsel for Defendant, New Jersey Turnpike Authority in connection with the above captioned matter. Counsel requests copies of all further notices, pleadings, papers and other material relevant to this action.

By: */s/ Amy E. Shotmeyer*
Amy E. Shotmeyer, Esq.
Attorney ID: 000382010
**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
61 S. Paramus Road, Suite 250
Paramus, NJ 07652
Phone: (201)928-1100
*Attorneys for Defendant, New Jersey Turnpike Authority*

Date: December 21, 2023

#3368416