

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 116
TRENTON, NJ 08625-0116

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

January 8, 2024

**VIA CM/ECF**
The Honorable Claire C. Cecchi, U.S.D.J.
The Honorable Cathy L. Waldor
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   **Re: Almonte. v. The New Jersey Turnpike Authority, et als.
    Civil Action No. 23-cv-22642**

Dear Judge Waldor:

  This office has been assigned to represent the State of New Jersey and The New Jersey Department of Transportation (collectively "State Defendants") in the above-captioned matter. On December 19, 2023, the State Defendants' clerk extension to file a responsive pleading was granted. *See* ECF No. 7. Presently, the State Defendants are in the process of obtaining certifications indicating the subject location of Plaintiff's alleged incident is not state property. Due to this, the State Defendants respectfully request that their time to answer, move, or otherwise reply be extended for fourteen (14) days, or until January 23, 2024. Plaintiff's counsel has kindly consented to this request.

  If this approach is agreeable to the Court, it is respectfully requested that the Court enter a Text order that: sets January 23, 2024 as the deadline for the State Defendants' responsive pleading.



HUGHES JUSTICE COMPLEX • TELEPHONE: 609-376-2814 • FAX: 609-633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

We thank Your Honor for your time and consideration of this matter.

                        Respectfully submitted,

                        MATTHEW J. PLATKIN
                        ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Angela M. Cifelli
      Angela M. Cifelli
      Deputy Attorney General
      NJ Attorney ID: 330952022

cc:    All Counsel of Record        (via CM/ECF)